1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8

9

10   MARK R. FACER,

11              Plaintiff,

12         v.

13   NANCY A BERRYHILL, Deputy
     Commissioner of Social Security for
14   Operations,

15              Defendant.

CASE NO. 3:17-CV-05908-JRC

ORDER ON PLAINTIFF'S
MOTION FOR OVERLENGTH
BRIEFS

16

17        Plaintiff has filed a motion for order allowing filing of over-length briefs and allowing

18   late filing of this motion (Dkt. 13).

19        Plaintiff moves for leave to file a 31 page opening brief (*see* Dkt. 13) – 13 pages longer

20   than the Court's Scheduling Order permits (*see* Dkt. 9, p. 1). Plaintiff has argued that the case is

     complex, with a record of 5460 pages, and an ALJ decision of 52 pages.   The Court reluctantly
21
     grants plaintiff's motion and reminds counsel that motions seeking approval to file an over-
22
     length motion or brief are disfavored (LR 7(f)) and LR 7(f)(1) requires a party to file a motion
23
     for overlength brief at least three days before the underlying brief is due.
24

The Court accepts plaintiff's opening brief (Dkt. 12). Defendant's responsive brief shall be no longer than 31 pages and plaintiff shall be allowed 15 pages for his reply brief.

Dated this 31st day of May, 2018.

_J. Richard Creatura_
J. Richard Creatura
United States Magistrate Judge